# PROCESS RECEIPT AND RETURN
**U.S. Department of Justice**
**United States Marshals Service**

*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| **PLAINTIFF** United States of America | **COURT CASE NUMBER** 08-CR-240 (BMC) |
| **DEFENDANT** John Capolino | **TYPE OF PROCESS** Order of Forfeiture |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
United States Marshals Service -EDNY

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
225 Cadman Plaza, Brooklyn, New York 11201

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

LORETTA E. LYNCH, United States Attorney
Eastern District of New York
271 Cadman Plaza East, Seventh Floor
Brooklyn, New York 11201
Attn: AUSA Claire Kedeshian

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

*[FILED CLERK stamp: 2012 MAY 30 AM 11:30 U.S. DISTRICT COURT EASTERN DISTRICT OF NEW YORK]*

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Please ~~transfer~~ deposit these assets into the Asset Forfeiture Fund:

12-FBI-002927 (JP Morgan Cashier's Check # 1734004959 for $400.00)
(JP Morgan Cashier's Check # 1734002765 for $100.00)
(JP Morgan Cashier's Check # 1734004613 for $390.00)
(JP Morgan Cashier's Check # 1734004842 for $400.00)

Signature of Attorney or other Originator requesting service on behalf of: *[signature]* for AUSA Claire Kedeshian ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER (718) 254-6179
DATE 5/15/2012

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
*(Sign only first USM 285 if more than one USM 285 is submitted)*

Total Process
District of Origin No. 53
District to Serve No. 53
Signature of Authorized USMS Deputy or Clerk *[signature: Marsella]*
Date 5/16/12

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*
Date of Service 5/16/2012
Time [pm]
Signature of U.S. Marshal or Deputy *[signature: Marsella]*

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $55.70 | | | $55.70 | | | |

**REMARKS:**
$1,290.00 deposited into Asset Forfeiture fund Acct on 5/16/2012.

PRIOR EDITIONS MAY BE USED        **1. CLERK OF THE COURT**        FORM USM-285 (Rev. 12/15/80)